UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMERICAN DESIGN & BUILD, INC.,

       Plaintiff,

vs.

HOUSTON CASUALTY COMPANY,

       Defendant.

Case No. 2:11-CV-00293

---

## HOUSTON CASUALTY COMPANY'S MOTION TO EXCLUDE PLAINTIFF'S LIABILITY EXPERT JIM LEATZOW

Defendant Houston Casualty Company, by and through its attorneys, Michael Best & Friedrich, LLP, hereby moves *in limine*, under Federal Rules of Evidence 402 and 702 and Federal Rules of Civil Procedure 26(a)(2) and 37(c), for an order excluding the Expert Report and related testimony of American Design & Build, Inc.'s proffered expert witness Mr. Jim Leatzow. The bases for this Motion are set forth in Houston Casualty Company's Brief in Support of its Motion to Exclude Plaintiff's Liability Expert Jim Leatzow.

Dated this 10th day of May, 2013.

**MICHAEL BEST & FRIEDRICH LLP**

By: s/John D. Finerty, Jr.
    John D. Finerty, Jr., SBN 1018183
    jdfinerty@michaelbest.com
    Adam E. Witkov, SBN 1066529
    aewitkov@michaalbest.com
    Patricia L. Jenness
    pljenness@michaelbest.com
    100 E. Wisconsin Avenue, Suite 3300
    Milwaukee, WI 53202
    Telephone: (414) 271-6560
    Fax: (414) 277-0656

    Attorneys for Defendant and Counterclaimant,
    Houston Casualty Company

027760-0004\13057212.1